

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00277-CV

_____

STEPHEN PATRICK BLACK, APPELLANT

V.

BRIAN THOMAS, APPELLEE

On Appeal from the 154th District Court
Lamb County, Texas
Trial Court No. DCV-19,873-18; Honorable Felix Klein, Presiding

August 8, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this court is a motion to dismiss filed by Appellant, Stephen Patrick Black, proceeding *in forma pauperis*. Without passing on the merits of the appeal, Appellant's motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Having dismissed this appeal at Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam